Luella Card Hurn, Appellant, v. Frank H. Hurn and May Hurn Olmsted, Respondents.— Judgment affirmed, with costs. All concurred.

John L. Brown, Respondent, v. National Fire Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred.

Ralph T. Smith, as Administrator, etc., of William H. Lago, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the case should have been submitted to the jury. All concurred, except McLennan, P. J., who dissented.

Martin McNeil, Appellant, v. Lackawanna Steel Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. William G. Nash, alias Charles W. Bingham, and James Jackson, alias George H. Childes, Appellants.— Judgment of conviction affirmed. All concurred.

Oscar H. Sweet, Respondent, v. Charles H. Perkins and Others, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the grounds stated in the opinion of Nash, J., upon the former appeal in this case, reported at 115 Appellate Division, 784.

Theresa Rahm, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the General Assignment for the Benefit of Creditors of Wallace G. Northam to Lewis Northam.— Motion for leave to appeal to the Court of Appeals granted and questions to be reviewed certified.

John Wilson, Respondent, v. Utica Gas and Electric Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

The LeRoy Plow Company, Respondent, v. Fred W. Miller, Appellant.— Judgment affirmed, with costs. All concurred.

Lulu M. Potts, as Administratrix, etc., of John R. Potts, Deceased, Respondent, v. McClintic-Marshall Construction Company (Inc.), Appellant.— Judgment and order affirmed, with costs. All concurred.

William J. Scott, Respondent, v. International Paper Company, Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the third judicial department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure. Williams, J., not sitting.

Frank Bush, Respondent, v. International Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

Lyons Beet Sugar Refining Company, Appellant, v. Ellsworth Neal, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lyons Beet Sugar Refining Company, Appellant, v. Frank G. Babcock, Whose First Name Is Unknown, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.